AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of New York__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>15-cv-04608 | DATE FILED<br>6/12/2015 | U.S. DISTRICT COURT<br>Southern District of New York | |
|---|---|---|---|
| PLAINTIFF<br>KNOWME SYSTEMS, INC. | | DEFENDANT<br>PERCEPTUAL NETWORKS, INC. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  86167703 | 1/16/2014 | KNOWME SYSTEMS, INC. | |
| 2  86167715 | 1/16/2014 | KNOWME SYSTEMS, INC. | |
| 3  86167721 | 1/16/2014 | KNOWME SYSTEMS, INC. | |
| 4  86167724 | 1/16/2014 | KNOWME SYSTEMS, INC. | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☑ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  86167703 | 1/16/2014 | KNOWME SYSTEMS, INC. | |
| 2  86167715 | 1/16/2014 | KNOWME SYSTEMS, INC. | |
| 3  86167721 | 1/16/2014 | KNOWME SYSTEMS, INC. | |
| 4  86167724 | 1/16/2014 | KNOWME SYSTEMS, INC. | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>/s/ P. Canales | DATE<br>8/31/2015 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**  **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**  **Copy 4—Case file copy**